Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICHOLAS ROBERT FAISON,

Defendant.

NO. CR16-0042JLR

ORDER TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

The Government's Sentencing Memorandum be FILED UNDER SEAL to protect sensitive information regarding the defendant, and for this reason, the Sentencing Memorandum is not permitted to be made publicly available.

IT IS SO ORDERED this 19th day of June, 2017.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

ORDER TO SEAL - 1
*United States v. Nicholas Faison*, CR16-42-JLR