JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS ROBERT FAISON, <br><br> Defendant. | No. CR16-042-JLR <br><br> ~~(PROPOSED)~~ ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |

THIS MATTER has come before the undersigned on the motion of Nicholas Faison to file Defendant's Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Sentencing Memorandum be filed under seal.

DATED this 20th day of June, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Nicholas Faison

ORDER TO SEAL DOCUMENT
(*Nicholas Faison*, CR16-042-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100